W. C. GROVES LIQUOR CORPORATION, A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF FLORIDA, *Relator*, v. L. TREVETTE LOCKWOOD, F.C. AICHER, JOHN H. GRANT, HARRY BENSON AND L. W. SMITH, JR., *as* COUNTY COMMISSIONERS IN AND FOR PALM BEACH COUNTY, FLORIDA, *Resondents*.

Opinion filed December 14, 1917.

Writ of error to Circuit Court for Palm Beach County, E. B. Donnell, Judge.

*Per Curiam*: The questions presented in this case are the same as those in the case of State *ex rel*. Harry Church v. J. G. Yeats *et al.*, constituting the Board of County Commissioners of Hillsborough County, this day decided. Upon the authority of that case the judgment of the lower court is affirmed.

BROWNE, C. J., TAYLOR AND ELLIS, J. J., AND WILLS, *Circuit Judge*, concur.

*Whitfield, J.,* dissents.

.. *West, J.,* disqualified.

H. L. Bussey, for plaintiffs in error;

J. Turner Butler, for defendant in error.